```
1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
4  Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C. 20006
9  Telephone: (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

11 Attorneys for Plaintiffs
```

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | CV 06-2381 SVW<br>Case No.: 2:06-MDL-01745 SVW (VBKx)<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER**<br>Hearing: None<br>Time: None<br>Courtroom: 6<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: None |
| This document relates to all actions. | |

IT IS SO ORDERED
Dated: JUN 22 2012

/s/ Stephen V. Wilson
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions consolidated for purposes of coordinated pretrial proceedings;

WHEREAS, the parties have reached a global settlement of all twenty-two actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-two actions with prejudice;

NOW, THEREFORE, the parties, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE that this MDL and the following member actions are hereby dismissed with prejudice:

(1) *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW (RCx) (Chicago Region);

(2) *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-SVW (RCx) (New York/New Jersey Region);

(3) *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-SVW (RCx) (Boston Region);

(4) *Margaret A Thompson v. Clear Channel Communications Inc et al.*, 2:05-cv-06704-SVW-VBK (Los Angeles Region);

(5) *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-04987-SVW-VBK (Denver Region).

(6) *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-SVW (RCx) (South Florida Region);

(7) *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-2382-SVW (RCx) (Philadelphia Region);

(8) *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-SVW (RCx) (Northern California Region);

(9) *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-SVW (RCx) (Michigan Region);

  (10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

  (11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

  (12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

  (13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

  (14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

  (15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

  (16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

  (17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

  (18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

  (19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

  (20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

  (21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

  (22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

Dated: May 22, 2012            HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Jennifer F. Connolly
    Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
        Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
      george@hbsslaw.com
      tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
       mrm@wexlerwallace.com

| | |
|---|---|
| 1 | |
| 2 | Lee Squitieri |
| | Olga A. Pettigrew |
| 3 | SQUITIERI & FEARON LLP |
| | 32 East 57th Street, 12th Floor |
| 4 | New York, NY 10022 |
| | Tel.: (212) 421-6492 |
| 5 | Fax: (212) 421-6553 |
| | E-mail: lee@sfclasslaw.com |
| 6 | *Co-Lead Counsel and Executive Committee* |
| | *Members* |
| 7 | |
| | Jeffrey Kodroff |
| 8 | SPECTOR, ROSEMAN, KODROFF & |
| | WILLIS, P.C. |
| 9 | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| 10 | Tel.: (215) 496 0300 |
| | Fax: (215) 496 6611 |
| 11 | E-mail: jkodroff@srkw-law.com |
| 12 | Nicholas Chimicles |
| | Kimberly Donaldson |
| 13 | CHIMICLES & TIKELLIS LLP |
| | 361 W. Lancaster Avenue |
| 14 | Haverford, PA 19401 |
| | Tel.: (610) 642-8500 |
| 15 | Fax: (610) 649-3633 |
| | E-mail: nick@chimicles.com |
| 16 | kimdonaldson@chimicles.com |
| 17 | Lance Harke |
| | HARKE & CLASBY |
| 18 | 9699 NE Second Avenue |
| | Miami, FL 33138 |
| 19 | Tel.: (305) 536-8220 |
| | Fax: (305) 536-8229 |
| 20 | E-mail: lharke@harkeclasby.com |
| 21 | Hollis Salzman |
| | LABATON SUCHAROW |
| 22 | 140 Broadway |
| | New York, NY 10005 |
| 23 | Tel.:(212) 907-0700 |
| | Fax:(212) 818-0477 |
| 24 | E-mail: hsalzman@labaton.com |
| 25 | *Executive Committee Members* |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | | By: /s/ Jonathan M. Jacobson |
| 5 | | Jonathan M. Jacobson<br>1301 Avenue of the Americas |
| 6 | | 40th Floor<br>New York, NY 10019 |
| 7 | | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 8 | | Colleen Bal |
| 9 | | Wilson Sonsini Goodrich & Rosati PC<br>650 Page Mill Road |
| 10 | | Palo Alto, CA 94304<br>Telephone: (650) 493-9300 |
| 11 | | Facsimile: (650) 493-8111 |
| 12 | | MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C |
| 13 | | Harvey I. Saferstein<br>2029 Century Park East, Suite 1370 |
| 14 | | Los Angeles, California 90067<br>Telephone: (310) 586-3200 |
| 15 | | ***Attorneys for Defendants*** |